B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re  Robino Cottagedale, LLC
                                        Debtor(s)

Case No. _____
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Daisy Construction<br>102 Robino Court, Suite 201<br>Wilmington, DE 19804 | Daisy Construction<br>102 Robino Court, Suite 201<br>Wilmington, DE 19804 | | | 156,000.00 |
| Mereston Consultants<br>5215 W. Woodmill Drive, Ste. 38<br>Wilmington, DE 19808 | Mereston Consultants<br>5215 W. Woodmill Drive, Ste. 38<br>Wilmington, DE 19808 | | | 672.00 |
| Meridian Architects & Engineers<br>24612 Broadkill Road<br>Milton, DE 19968 | Meridian Architects & Engineers<br>24612 Broadkill Road<br>Milton, DE 19968 | | | 5,200.00 |
| WSFS<br>PO Box 973<br>Claymont, DE 19703 | WSFS<br>PO Box 973<br>Claymont, DE 19703 | | | 2,752,351.45 |
| WSFS<br>PO Box 973<br>Claymont, DE 19703 | WSFS<br>PO Box 973<br>Claymont, DE 19703 | | | 1,250,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re   Robino Cottagedale, LLC                                    Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  3/31/11                         Signature  /s/ Michael A. Stortini
                                                 Michael A. Stortini
                                                 Managing Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                                 Best Case Bankruptcy